IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS COMBINED FUNDS OF WESTERN PENNSYLVANIA, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> PENN INTERIORS, INC., DENNIS W. STASA, DAVID BALDAUFF and PAT SALVATORE, <br><br> Defendants. | Civil Action No. 10-0269 |

## ORDER OF COURT

AND NOW, to wit, this 7th day of May, 2010, it is hereby ORDERED that the above-referenced case is DISCONTINUED as to Defendants, Penn Interiors, Inc., Dennis W. Stasa, David Baldauff and Pat Salvatore pursuant to F.R.C.P. Rule 41(a).

_____
Chief United States District Court Judge

LIT:480122-1 000004-010359